IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10410
Summary Calendar
_____

REX SULLIVAN,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
Commissioner of Social Security,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:95-CV-006-X
- - - - - - - - - -
November 11, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Rex Sullivan appeals from the district court's decision in favor of the Commissioner which denied disability insurance benefits and supplemental security income benefits to Sullivan. Sullivan argues that the Commissioner's decision is not supported by substantial evidence and that the Commissioner failed to apply the correct legal standards.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record and the briefs of the parties and find no error in the decision of the district court. Accordingly, we affirm for essentially the same reasons set forth by the district court.  Sullivan v. Chater,  No. 7:95-CV-0006-X (N.D. Tx. Mar. 18, 1996).

AFFIRMED.